IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI
GREENVILLE DIVISION

**CORA HOBBS JACKSON;** **PLAINTIFFS**
**WILLIE T. HOBBS**

**V.** **NO. 4:16-CV-00009-DMB-JMV**

**ALLSTATE INSURANCE COMPANY** **DEFENDANT**

## ORDER DISMISSING CASE
## BY REASON OF SETTLEMENT

The Court has been advised that this action has been settled, or is in the process of being settled. Therefore, it is unnecessary that the action remain upon the calendar of the Court. Accordingly, this case is **DISMISSED without prejudice**.

The Court retains complete jurisdiction to vacate this Order and to reopen the action upon cause shown that settlement has not been completed and further litigation is necessary.

**SO ORDERED**, this 4th day of April, 2016.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**